UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

**FILED**
JUN 21 2006
[signature]
CLERK

UNITED STATES OF AMERICA,

Plaintiff,

vs.

JEFFREY C. ELLIS,

Defendant.

CR 06-40062

INDICTMENT

Failure to Pay Legal Child Support

18 U.S.C. § 228(a)(3)

The Grand Jury charges:

From on or about November 1, 2004, and continuing to the present, in Minnehaha County, in the District of South Dakota, defendant, Jeffrey C. Ellis, while residing in a different state with respect to his minor child, who resides in South Dakota, willfully and unlawfully failed to pay a past due support obligation, as ordered by the Superior Court for the State of Alaska, Third Judicial District at Anchorage, Alaska, and the State of Alaska, Department of Revenue, Child Support Enforcement Division, and which obligation is in an amount greater than $10,000.00 in violation of 18 U.S.C. § 228(a)(3).

A TRUE BILL:

STEVEN K. MULLINS
UNITED STATES ATTORNEY

By [signature]