```
           MINUTES OF THE UNITED STATES DISTRICT COURT
                       DISTRICT OF ALASKA
```

U.S.A. vs __JEFFREY C. ELLIS__   CASE NO.  __3:06-MJ-00135-JDR__
Defendant: _X_ Present    _X_ In Custody

BEFORE THE HONORABLE       __TERRANCE W. HALL__

DEPUTY CLERK/RECORDER:     __CAROLINE EDMISTON__

UNITED STATES ATTORNEY:    __BRYAN SCHRODER__

DEFENDANT'S ATTORNEY:      __SUE ELLEN TATTER, APPOINTED__

U.S.P.O.:                  __PAULA MCCORMICK__

PROCEEDINGS: INITIAL APPEARANCE ON ARREST ON INDICTMENT FROM
             SOUTHERN DIVISION OF SOUTH DAKOTA Held 07/14/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:03 a.m. court convened.

_X_ Copy of Indictment given to defendant: waived reading.

_X_ Defendant sworn.

_X_ Defendant advised of general rights; Waived full advisement.

_X_ Defendant advised of charges and penalties.

_X_ Defendant states true name: __Same as above.__

_X_ Financial Affidavit FILED. Federal Public Defender accepted appointment. FPD notified.

_X_ PLEA: Not Guilty to Count __1 of the Indictment.__
_X_ Status Conference set for **August 4, 2006 at 10:00 a.m.** before Magistrate Judge Roberts.

_X_ Conditions of Release FILED. Release Order FILED.

_X_ OTHER: __Court and counsel heard re possible transfer of case from South Dakota to Alaska.__

At 11:20 a.m. court adjourned.

NOTE: Original and one copy of Release Order hand delivered to U.S. Marshal's Service; one copy forwarded to docketing.

DATE:     __July 14, 2006__        DEPUTY CLERK'S INITIALS: __Ce__