IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RELEASE ORDER

TO: UNITED STATES MARSHAL

RE: UNITED STATES OF AMERICA VS. Jeffrey C. Ellis

CASE NO: 3:06-MJ-00135-JDR

---

Defendant Jeffrey C. Ellis,

has this date met the bail conditions indicated below and is ordered discharged from custody.

\_\_\_\_ Released to ~~OTRS~~ _____, the third party custodian(s).

\_\_\_\_ Paid cash bail in the amount of _____ to the Clerk of Court.

\_\_\_\_ Posted unsecured bond in the amount of _____

\_\_\_\_ Posted bond secured by \_\_\_\_ property or \_\_\_\_ surety in the amount of _____ with the Clerk of Court.

\_\_\_\_ Surrendered passport to the Clerk of Court.

✓ Other: own recognizance

Dated at Anchorage, Alaska this 14th day of July, 20 06

REDACTED SIGNATURE

Terrance W. Hall
U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal