Sue Ellen Tatter
Assistant Federal Defender
FEDERAL PUBLIC DEFENDER
FOR THE DISTRICT OF ALASKA
601 West Fifth Avenue, Suite 800
Anchorage, Alaska 99501
(907) 646-3400

Attorney for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>     vs.<br><br>JEFFREY CLAYTON ELLIS,<br><br>                  Defendant. | Case No. 3:06-mj-00135-JDR<br><br>**UNOPPOSED MOTION FOR NON-CUSTODIAL TRAVEL ANCHORAGE TO SIOUX FALLS, SOUTH DAKOTA,** *Filed on Shortened Time* |

The defendant, JEFFREY CLAYTON ELLIS, through counsel, moves this court on shortened time, with the non-opposition of Assistant United States Attorney Frank Russo, pursuant to 18 U.S.C. § 4285 to direct the United States Marshal Service to provide non-custodial transportation for Mr. Ellis to attend court in Sioux Falls, South Dakota, on August 21, 2006. The travel arrangements should be for travel one day ahead of the court date, August 22, 2006, at 2 p.m.

This motion is based on representations, oral motions, and court orders during the status hearing at 9:30 a.m. on August 9, 2006. The dates in this motion and

order are slightly different than those discussed in court at the status hearing because the court in South Dakota could not accommodate the dates discussed in Alaska.

DATED this 9th day of August, 2006.

Respectfully submitted,

s/Sue Ellen Tatter
Assistant Federal Defender
601 West Fifth Avenue, Suite 800
Anchorage, AK 99501
Phone:      907-646-3400
Fax:        907-646-3480
E-Mail:     sue_ellen_tatter@fd.org

Certification:
I certify that on August 9, 2006,
a copy of the foregoing document,
with attachments, was served
electronically on:

Bryan Schroeder, Esq.
Assistant United States Attorney
U.S. Attorney's Office
222 West Seventh Avenue #9, Room 253
Anchorage, AK  99513-7567

s/Sue Ellen Tatter