UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>JEFFREY CLAYTON ELLIS,<br><br>               Defendant. | Case No. 3:06-mj-00135-JDR<br><br>**PROPOSED ORDER FOR TRANSPORTATION** |

After due consideration of defendant's motion on shortened time, the motion is GRANTED.

After due consideration of the defendant's Unopposed Motion for Non-custodial Travel Anchorage to Sioux Falls, South Dakota, the court GRANTS the motion.

The United States Marshal's Service is directed to provide non-custodial transportation for defendant Jeffrey Clayton Ellis to Sioux Falls, South Dakota, on August 21, 2006, pursuant to Title 18 U.S.C. § 4285.

DATED this _____ day of August, 2006.

_____
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE