UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,  )
                           )
           Plaintiff,      )
                           )   Case No. 3:06-MJ-00135-JDR
v.                         )
                           )   <u>ORDER OF REMOVAL</u>
Jeffrey C. Ellis           )
                           )
           Defendant.      )
_____)

    IT APPEARING THAT criminal charges have been filed and are pending in the United States District Court for the <u>Southern</u> District of <u>South Dakota</u> charging the above-named defendant; and

    THAT the above-named defendant has been arrested in this district, having been brought before United States Magistrate Judge <u>John D. Roberts</u> on <u>8-9-06</u>, and upon examination then and there had in the presence of said defendant having been committed for removal to the former District Court; and

    THAT the said defendant has been released on bail set at <u>Own Recognizance</u> which was approved by the said United States Magistrate Judge;

    IT IS ORDERED that the said defendant shall appear in the <u>Southern</u> District of <u>South Dakota</u> at/on <u>August 22, 2006</u>, at <u>12:00 Noon</u> <u>at the U.S. Marshals Service</u>, in accordance with the terms and conditions of the aforesaid bail bond furnished by the said defendant.

    DATED at <u>Anchorage</u>, Alaska, this <u>9th</u> day of <u>August 2006</u>.

                                       REDACTED SIGNATURE
                                       JOHN D. ROBERTS
                                       United State Magistrate Judge

[REMOVAL.WPD]{REMOVAL.WPD*Rev.2/97}

NOTE:
* original and one copy forwarded to the U.S. Marshal's Service
  one copy forwarded to docketing.